**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-8463**

UNITED STATES OF AMERICA,

             Plaintiff - Appellee,

    v.

DEMOND O'NEIL PARKER, a/k/a Neil,

             Defendant - Appellant.

Appeal from the United States District Court for the Western District of Virginia, at Lynchburg. Norman K. Moon, District Judge. (6:99-cr-70054-nkm-9)

Submitted: May 28, 2009          Decided: June 4, 2009

Before WILKINSON, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Demond O'Neil Parker, Appellant Pro Se. Anthony Paul Giorno, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Demond O'Neil Parker appeals the district court's order granting his motion for reduction of sentence, 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we deny Parker's motions to: vacate the district court's order, appoint counsel, and remand the case, and we affirm for the reasons stated by the district court. <u>United States v. Parker</u>, No. 6:99-cr-70054-nkm-9 (W.D. Va. Oct. 20, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>